UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RAHSAAN RASHAAD GODFREY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:20-CV-912 RLW |
| ) | |
| CLAYCO INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that Plaintiff's claims under Title VII of the Civil Rights Act of 1964 in Counts I and III of the Complaint are **DISMISSED without prejudice** for failure to exhaust administrative remedies.

**IT IS FURTHER ORDERED** that Plaintiff's claims under the Missouri Human Rights Act in Counts II and IV of the Complaint are **DISMISSED with prejudice**.

Costs are assessed against Plaintiff.

_Ronnie L. White_
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 12th day of July, 2021.